THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS R. ADAMS, Appellant. [845 NYS2d 375]—

Appeal by the defendant from an order of the County Court, Suffolk County (Weber, J.), dated July 5, 2005, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court providently exercised its discretion in denying his request for a downward departure from his presumptive risk level as shown on the risk assessment instrument. The defendant failed to present clear and convincing evidence of special circumstances warranting such a departure. In fact, his contention that his ill health would militate against his reoffending is belied by his own actions in committing a sexual offense at a time when his kidneys allegedly had already failed (*see People v Inghilleri*, 21 AD3d 404, 405-406 [2005]; *People v Davis*, 26 AD3d 364 [2006]; *cf. People v Abdullah*, 31 AD3d 515, 516 [2006]).

In light of our determination, we need not reach the People's contentions. Rivera, J.P., Krausman, Florio and Dillon, JJ., concur.